AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>VERONICA RODRIGUEZ<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>) | Case No.  SA: 11-M-181 |

FILED
MAR - 2 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/2/2011__ in the county of __BEXAR__ in the __WESTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 21 841(a)(1) & 841(b)(1)(C) | Possession with Intent to Distribute 50 Kilograms or more of Marijuana.<br><br>PENALTIES:<br>0-20 years imprisonment;<br>$1 million fine;<br>3 years mandatory supervised release;<br>$100 mandatory special assessment. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

DPS/AZHAR RAJA
Printed name and title

Sworn to before me and signed in my presence.

Date:  03/02/2011

_____
Judge's signature

City and state:  SAN ANTONIO, TX      JOHN W. PRIMOMO  US MAGISTRATE JUDGE
Printed name and title

20 years confinement, $250,000 Fine or both; 3 years supervised release; $100 mandatory special assessment

## AFFIDAVIT IN SUPPORT OF COMPLAINT

1. I, AZHAR RAJA, am an Agent with the Texas Department of Public Safety (DPS) Criminal Investigations Division (CID). The following is based on information provided to me by the individuals more fully identified below and from my own personal observations:

2. On March 2, 2011, DPS Trooper Juan Hernandez, while on patrol on IH 35 in Frio County, Texas, stopped a northbound 2003 Dodge Durango motor vehicle for speeding. Trooper Hernandez identified the driver and registered owner of the vehicle as Veronica Rodriguez. During a search of the vehicle, Trooper Hernandez discovered five bundles containing marijuana situated on the back seat of the vehicle. The bundles had a cumulative weight of approximately 219 pounds. I know from my experience and training that this quantity of marijuana is consistent with and evidences the intent to distribute.

_____
AZHAR RAJA, AGENT, DPS

Sworn to before me on March 2, 2011.

_____
JOHN W. PRIMOMO
United States Magistrate Judge

1