CASE SEALED:___ UNSEALED: X

CASE NO: _____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

USAO #: 2011R_____

COUNTY: BEXAR_____    DIVISION: SAN ANTONIO    JUDGE: _____

**SA11CR0217XR**

DATE: March 16, 2011    MAG.CT.#: SA11-181M    FBI #: _____

ASSISTANT U.S. ATTORNEY: CHARLIE STRAUSS    DEF. D.O.B.: [redacted]

DEFENDANT NAME: VERONICA RODRIGUEZ    DEF. SSN: [redacted]

DEFENDANT'S A/K/A'S: _____

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:  United States: X    Mexican: ___    Other: ___

INTERPRETER NEEDED: YES: ___    NO: X    Language: ___

DEFENSE ATTORNEY'S NAME: _____
        Employed: ___    Appointed: ___

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail: ___    Where: _____    Writ Attached: ___
              On Bond: X    Amount of Bond: $50,000 unsecured    SID# _____
              Where on Bond: _____

DATE OF ARREST: 3/02/11    TO BE ARRESTED: NO    BENCH WARRANT NEEDED: NO

PROBATION OFFICER: _____    NAME & ADDRESS OF SURETY: _____

PROSECUTION BY: ___X___ INDICTMENT    _____ INFORMATION

OFFENSE: (Code & Description) COUNT 1: 21/841(a)(1) and 841(b)(1)(C), Possession with Intent to Distribute in excess of 50 Kilograms of Marijuana.

OFFENSE IS: FELONY ___    CLASS A MISDEMEANOR ___    CLASS B/C PETTY OFFENSE ___

MAXIMUM SENTENCE (Each Count): COUNT 1: Up to 20 years imprisonment, Max $1 million fine, Mandatory 3 yrs supervised release, $100 mandatory special assessment.

AGENT/AGENCY: DPS/Azhar Raja    MANDATORY PENALTY: Yes: X  No: ___ As to special assessment only.

REMARKS: _____                                                                pl

WDT-Cr-3   USDC CY 1   USDC CY 2   COURT CY   USMS CY   USAO CY   PROBATION CY   PRE-TRIAL SVCS CY   USAO DOCKETING CY