UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Filed 3-23-11
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case Number: SA:11-CR-00217(1)-XR |
| (1) VERONICA RODRIGUEZ | § § | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY
## WAIVER OF MINIMUM TIME TO TRIAL

NOW COMES Defendant in the above-referenced case who, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the Indictment, Information or Complaint in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalites applicable thereto, and his Constitutional rights, after being advised of all the above by his attorney.

2) Defendant understands he has the right to appear personally with his attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open Court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

Date: 3/23/11

Alan Brown
Name of Attorney for Defendant
Telephone: (210) 227-5103

X Veronica Rodriguez
Defendant

_____
Signature of Attorney for Defendant
Address: 222 Main Plaza

### ORDER

APPROVED BY THE Court. A plea of "Not Guilty" is entered for Defendant effective this date.

Date: March 23, 2011

_____
District Judge/Magistrate Judge

ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 5:00 P.M. ON THE DAY BEFORE THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED BY THAT TIME, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.