UNITED STATES DISTRICT COURT **FILED**
WESTERN DISTRICT OF TEXAS
__SAN ANTONIO__ DIVISION NOV 3 0 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA § **XR**

VS. § NO. _SA:11-M-00181(1)_

_Veronica Rodriguez_ § _SA:11-CR-217-01_

## ORDER FOR RETURN OF CASH BAIL

Came on this date for consideration the application of _Alan Brown_

for an order directing the Clerk of this Court to deliver to him/her the sum of $_$5000.00_

heretofore deposited by him/her into the registry of the Court as cash bail for the

appearance of the defendant herein, and it appearing to the Court that the conditions of

said bond have been complied with, the Court is of the opinion that said cash bail should

be returned to the Petitioner.

It is therefore ORDERED that the Clerk of this Court deliver to the said

_Alan Brown_ the sum of $_5,000.00_ heretofore deposited by him/her as cash bail for

the appearance of the defendant herein.

ORDERED at _San Antonio_ , Texas, this the _30th_ day

of _November_ , 20 _11_ .

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE