PROB 35

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

FILED

## UNITED STATES DISTRICT COURT

2016 MAR -8 PM 2:56

FOR THE

Western District of Texas

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  SA-11-CR-0217-(1)XR |
| VERONICA RODRIGUEZ | |

On October 18, 2011, the above named Defendant was sentenced in the above numbered cause to five years probation for the offense of Possession with Intent to Distribute Marijuana, in violation of Title 21 U.S.C. § 841(a)(1), which is scheduled to be in effect until October 17, 2016  The probation officer now reports that Ms. Rodriguez has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision.  Pursuant to Title 18 United States Code § 3583(e)(1), the U.S. Probation Officer recommends that Ms. Rodriguez be discharged from supervision.

Respectfully submitted,

_____
Jeannie P. Oakes
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

Dated this _____8th_____ day of _____March_____, __2016__.

_____
Honorable Xavier Rodriguez
United States District Judge